■ In the Matter of the Claim of FLORENCE JAMIESON, Respondent, v. IRENE PASSARELLI et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— The decision rendered February 20, 1962 (ante, p. 854) is amended as follows: Decision and award unanimously affirmed, with one bill of costs to the respondent carrier and the Special Funds Conservation Committee.

■ (A) BEATRICE M. LAWYER, Individually and as Guardian ad Litem of DONALD LAWYER, an Infant, Appellant, v. HOWARD K. COTON, Respondent. (B) JOSEPH PINKUS et al., Appellants, v. INTER-CITY TRANSPORTATION CO., INC., et al., Respondents.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ In the Matter of the Claim of OLGA GENZA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application to amend the conditional order of dismissal entered herein January 3, 1962. Application granted and time to file and serve record, brief and note of issue extended to April 13, 1962 and appeal to be argued at the May 1962 Term.

■ In the Matter of the Claim of JOANN SKINNER, Appellant, v. TOBIN PACKING CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Application to amend the conditional order of dismissal entered herein February 19, 1962. Application granted and time to file and serve record, brief and note of issue extended to April 13, 1962 and appeal to be argued at the May 1962 Term.

■ In the Matter of HUDSON MOHAWK CHAPTER, TROY DIVISION, N. E. C. A. TROY, NEW YORK, Appellant, v. LOCAL UNION 438, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, TROY, NEW YORK, Respondent.— Appeal dismissed without costs unless appellant shall file and serve record, brief and note of issue for the May 1962 Term on or before April 13, 1962, in which event motion denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SEPOS, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY M. LUCASIK, Appellant.— [In each action] Time to perfect appeals extended 90 days.